Robert L. Evans v. James M. Ham.

[54 South. 250.]

MOTION TO STRIKE FROM THE RECORD THE STENOGRAPHER'S TRANSCRIPT OF THE TESTIMONY.

Supreme Court Practice. *Stenographer's transcript of testimony. Code 1906, § 797, amended by Laws 1910, ch. 111, p. 93, § 797d. Motion to strike out.*

Under Code 1906, § 797, as amended by Laws 1910, ch. 111, p. 93, § 797d, providing that a stenographer's transcript of his notes of the testimony in a cause shall not be stricken from the record by the supreme court unless it be shown that the same is incorrect in a material particular, and has neither been approved by the judge, nor agreed to by the parties, nor become a part of the record by operation of law, a motion to strike from the record the stenographer's transcript of the evidence is unsustainable in the absence of a showing that it is incorrect in a material particular.

From the circuit court of, second district, Jones county.

Hon. Paul B. Johnson, Judge.

Evans, appellant, was plaintiff in the court below; Ham, appellee, was defendant there. From a judgment in defendant's favor the plaintiff appealed to the supreme court.

When the case reached the supreme court the defendant made the motion mentioned in the opinion of the court.

*R. E. Halsell,* for motion.

Mayes, C. J., delivered the opinion of the court.

This case is before the court on motion of appellee to strike out the stenographer's notes. The only grounds specified in the motion as cause for striking out of the stenographer's notes is, first, because the appellant failed to deliver the notes to the attorney representing appellee as required by section 797a,

page 93, Laws of 1910; and second, that the notes were not delivered to the attorney for appellee until more than thirty days after they were filed in the office of the circuit clerk.

There is no attempt on the part of appellee to make any showing that the notes were incorrect "in some material particular" but the sole grounds relied on are as above stated. In this view of it we apprehend that counsel making the motion overlooked section 797*d,* of the Laws of 1910, page 94. This section provides that whenever the appellant or his attorney notifies the stenographer in writing that a copy of the notes is desired, within thirty days after the conclusion of any term of court, "no stenographer's transcript of his notes shall be stricken from the record by the supreme court, for any reason, unless it be shown that such notes are incorrect in some material particular." This showing was not made, nor is it stated in the motion that the notice required by section 797*a* was not given.

Of course the right to dismiss a case under Code 1906, § 4921, still remains and may be resorted to in any proper case. But the last section has no bearing on the motion now under consideration. *Motion overruled.*